■ EVA GARZOUZI, Appellant, v ITHACA COLLEGE, Respondent. — Appeal from an order of the Supreme Court at Special Term (Bryant, J.), entered March 17, 1983 in Tompkins County, which granted defendant's motion for summary judgment dismissing the complaint. Order affirmed, with costs, upon the opinion of Justice Frederick B. Bryant at Special Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.